THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| **CRAIG M. WHITE** <br> **993 WELLINGTON BLVD** <br> **COLUMBUS, OH 43219** <br><br> Petitioner/Appellant, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF DEFENSE** <br> **1000 DEFENSE PENTAGON** <br> **WASHINGTON, DC 20301** <br><br> Respondent/Appellee. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 2:25cv1133 <br><br> Judge <br><br><br> **PETITION FOR JUDICIAL REVIEW /** <br> **NOTICE OF APPEAL** |

_____

  Notice is hereby given that, pursuant to 5 U.S. Code § 7703 (a)(1), Petitioner/Appellant Craig M. White, hereby appeals the final order of the Merit System Protection Board in Board case number CH 0752-22-0240-I-2 which was a continuation of Board case number CH 0752-22-0240-I-1. The Board's case caption is Craig Mitchell White v. Department of Defense. Petitioner/Appellant petitions this honorable Court for review of the final order that was entered on July 29, 2025, and became the final order of the Board on September 2, 2025. The Board's order/decision was received on July 29, 2025. This Court, as opposed to the Court of Appeals for the Federal Circuit, is receiving this petition because there are claims of discrimination based on race that are a part of the affirmative defenses to the personnel action. Petitioner/Appellant does not wish to abandon those claims of racial disparity. A copy of the order/decision is attached hereto and incorporated herein as Exhibit 1.

  Petitioner/Appellant requests a briefing schedule once the record below is made a part of the record in this appeal. The record below is voluminous, so for judicial economy

Petitioner/Appellant wishes to pinpoint the specific portions of the record that are relevant. Petitioner/Appellant is also requesting a period for discovery since this Court will be deciding the discrimination issue de novo. To the extent that Petitioner/Appellant is entitled to a trial by Jury on the discrimination claims, a jury is demanded.

Petitioner/Appellant is appealing the Board's final order because there are significant facts that were omitted and facts that were not properly contextualized. Additionally, the law was not properly applied to the relevant facts. There were also due process violations. Taken together, these issues result in the Board's order being arbitrary, capricious, an abuse of discretion, and not in accordance with law.

Respectfully submitted,

/s/ Julius L. Carter
Julius L. Carter (#0084170)
Julius L. Carter Co., LPA
116 W. National Road #263
Englewood, OH 45322
(937) 222-7900
jcarter@juliuscarter.com
***Attorney for Petitioner/Appellant***

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing Petition was served on the agency, U.S. Department of Defense, at 1000 Defense Pentagon, Washington, D.C., 20301, by Certified U.S. Mail, postage prepaid, on this 1st day of September, 2025.

/s/ Julius L. Carter
Julius L. Carter
*Attorney for Petitioner/Appellant*